[No. 16287-0-I. Division One. December 15, 1986.]

MARJIE L. LAFFERTY, *Respondent*, v. ARTHUR D.
LAFFERTY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 84-2-00912-8, Byron L. Swedberg, J.,
entered March 15, 1985. *Affirmed* by unpublished opinion

per Riley, J. Pro Tem., concurred in by Callow and Revelle, JJ. Pro Tem.